UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRETT GOLDGERG,<br><br>                Plaintiff,<br><br>v.<br><br>PACE UNIVERSITY,<br><br>                Defendant. | **STIPULATION & ORDER OF DISMISSAL**<br><br>Civil Action No.:<br>1:20-CV-3665 (PAE) |

WHEREAS, on April 21, 2021, the Court issued an Opinion and Order (Docket No. 40), and

WHEREAS, in the Opinion and Order, the Court granted in part Pace University's motion for judgment on the pleadings and dismissed all of the claims in the Second Amended Complaint except for Plaintiff's Breach of Contract Claim based on Pace University's mandatory fees,

IT IS HEREBY STIPULATED AND AGREED that Plaintiff's remaining claim with respect to Pace University's mandatory fees is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs and fees.

Dated: May 6, 2021

**GOLDBERG COHEN, LLP**

    */s/ Morris E. Cohen*
By: _____
    Morris E. Cohen, Esq.
    Lee A. Goldberg, Esq.
*Attorneys for Plaintiff Brett Goldberg*
1350 Avenue of The Americas
New York, New York 10019
Tel.: (646) 380-2087
Email: mcohen@goldbergcohen.com
          lgoldberg@goldbergcohen.com

Dated: May 11, 2021

Dated: May 6, 2021

**BOND, SCHOENECK & KING, PLLC**

    */s/ Jonathan B. Fellows*
By: _____
    Jonathan B. Fellows
*Attorneys for Defendant PACE UNIVERSITY*
One Lincoln Center
Syracuse, New York 13202
Tel.: (315) 218-8000
Email: FellowJ@bsk.com

5/11/21

**SO ORDERED.**

_____
Hon. Paul A. Engelmayer

12482521.1 5/5/2021