**MANDATE**

1:20-cv-03665-PAE

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 31 2024
```

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of December, two thousand twenty-three.

Before:   Reena Raggi,
          Susan L. Carney,
          Alison J. Nathan,
                  *Circuit Judges*.

_____

Brett Goldberg,

      Plaintiff - Appellant,

v.

Pace University,

      Defendant - Appellee.

_____

**JUDGMENT**

Docket No. 21-1377

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the district court is AFFIRMED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/31/2024